NUMBER 13-04-093-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

MICHAEL GOODE,                                                            Appellant,

v.

WILLIAM P. SAGE AND MICHAEL MANNING,                      Appellees.
_________________________________________________________

On appeal from the 24th District Court of Victoria County, Texas
_________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellant, MICHAEL GOODE, attempted to perfect an appeal from a judgment
entered by the 24th District Court of Victoria County, Texas, in cause number 01-3-56,131-A. Judgment in this cause was signed on April 12, 2002. No timely motion
for new trial was filed. Pursuant to Tex. R. App. P. 26.1, appellant’s notice of appeal
was due on May 13, 2002, but was not filed until February 6, 2004. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court’s letter, the appeal would be
dismissed. To date, appellant has failed to respond to this Court’s notice or otherwise
correct the defect.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to timely perfect his appeal, and appellant’s failure to respond to this
Court’s notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Opinion delivered and filed this
the 6th day of May, 2004.